# In the United States District Court
# For the Southern District of Georgia
# Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | * CASE NO.: 4:22-cr-129-1 |
| v. | * |
| | * |
| ANDRE RASHEED BARNES, | * |
| | * |
| Defendant. | * |

### ORDER

After conducting an independent and de novo review of the entire record in this matter, the Court concurs with and adopts the Magistrate Judge's Report and Recommendation, dkt. no. 88, to which no objections have been filed. Accordingly, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.

SO ORDERED, this 19 day of April, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA