# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

ANDRE RASHEED BARNES,

    Defendant.

CASE NO.: 422-cr-129-1

**O R D E R**

    The Clerk of Court is hereby instructed to update the docket to reflect that Amy Lee Copeland is now appointed CJA Counsel for Defendant Andre Rasheed Barnes.  Due to the change in counsel in this case, the Court **ORDERS** DeLeigh Poole to promptly transfer all discovery materials and any other case-related materials pertaining to Andre Rasheed Barnes to Amy Lee Copeland, Defendant's newly appointed CJA counsel.  DeLeigh Poole is also **ORDERED** to file her CJA voucher—as to Defendant Andre Rasheed Barnes—within fourteen (14) days of the date of this Order.

    As to the current schedule in this case, the Court has ordered that the United States Probation Office prepare a Presentence Investigation Report, doc. 106, and Defendant is due to be scheduled for a sentencing hearing.

**SO ORDERED**, this 14th day of July, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA