GAS 245D     (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

Andre Rasheed Barnes

)
)
)
)
)
)
)
)
)
)

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number:     4:22CR00129-1

USM Number:     24016-510

Amy Lee Copeland
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory, standard and special conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from the unlawful use of a controlled substance (mandatory condition). | May 1, 2025 |

*See page 2 for Additional Violations.*

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the  condition(s),_____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  5262

Defendant's Year of Birth: 1999

City and State of Defendant's Residence:

Garden City, Georgia

April 23, 2026
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

April 29, 2·26
Date

GAS 245D      Judgment in a Criminal Case for Revocations

DEFENDANT:       Andre Rasheed Barnes
CASE NUMBER:     4:22CR00129-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to enter and complete an inpatient substance abuse treatment program and follow the rules and regulations of that program (special condition). | April 10, 2025 |
| 3 | You committed another federal, state or local crime (mandatory condition). | June 26, 2025 |
| 4 | You failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer (standard condition). | June 29, 2025 |
| 5 | You unlawfully possessed a controlled substance (mandatory condition). | June 26, 2025 |
| 6 | You committed another federal, state or local crime (mandatory condition). | July 19, 2025 |

GAS 245D     Judgment in a Criminal Case for Revocations

DEFENDANT:         Andre Rasheed Barnes
CASE NUMBER:       4:22CR00129-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>time served.</u>

☐     The Court makes the following recommendations to the Bureau of Prisons:

☐     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

    ☐     at _____    ☐ a.m.    ☐ p.m.    on _____ .

    ☐     as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐     before 2 p.m. on _____ .

    ☐     as notified by the United States Marshal.

    ☐     as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL